**Raymond E. SCHOCH, Plaintiff/Respondent,**

v.

**FERGUSON–FLORISSANT SCHOOL DISTRICT Defendant/Appellant.**

No. 73842.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 13, 1998.

Frank Susman, Susman, Schermer, Rimmel & Shifrin, L.L.C., St. Louis, for defendant/appellant.

Loretta K. Haggard, Schuchat, Cook & Werner, St. Louis, for plaintiff/respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

## *ORDER*

PER CURIAM.

Ferguson–Florissant School District (District) appeals from a judgment entered by the Honorable Robert D. McAllister, granting Schoch's motion for summary judgment and denying District's motion for summary judgment. We affirm.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. Because an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).